**Order entered December 6, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00540-CR
### No. 05-16-00541-CR

**JAAIBER DENZEL RANDALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-52855-L &F16-52856-L**

## ORDER

Before the Court is appellant's second motion for extension of time to file his pro se response to counsel's *Anders* brief.  We **GRANT** appellant's motion and **ORDER** the brief be filed no later than January 4, 2017.  If the response is not received by that date, we may submit the appeals on the *Anders* brief filed by counsel.

/s/     LANA MYERS
JUSTICE